IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA FRANKLIN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PHIL'S FOODWAY,<br>AMES PARTNERSHIP, LLP,<br>CUBBY'S, INC., and DOES 1-5,<br><br>                    Defendants. | 8:16CV395<br><br>ORDER |

This matter is before the court on the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2). The form itself is an affidavit regarding her financial status. Upon consideration,

**IT IS ORDERED**:

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 18th day of August, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge