# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA FRANKLIN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PHIL'S FOODWAY,<br>AMES PARTNERSHIP, LLP,<br>CUBBY'S INC. and<br>DOES 1-5,<br><br>　　　　　　　Defendants. | Case No. 8:16-cv-00395-JFB-SMB<br><br><br>**ORDER** |

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice (filing no. 22), whereby the parties stipulate and agree that the above-captioned matter should be dismissed with prejudice, each party to bear their own costs and fees. The Court, being fully advised in the premises, finds that said Motion should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned matter, including each of the claims and defenses asserted therein, is hereby dismissed with prejudice, each party to pay their own costs.

DATED this 27th day of February, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　_s/ Joseph F. Bataillon_____
　　　　　　　　　　　　　　　　　　Senior United States District Judge